No. 628. HUDDLESTON ET AL. *v.* DWYER ET AL. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. Joseph R. Brown* and *Frank H. Moore* for petitioners. *Mr. William L. Curtis* for respondents.

Nos. 701 and 702. CLARIDGE APARTMENTS Co. *v.* COMMISSIONER OF INTERNAL REVENUE. March 27, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. John E. Hughes, Cornelius E. Lombardi,* and *Jesse Andrews* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *J. Louis Monarch,* and *Mrs. Muriel Paul* for respondent.

No. 681. HERB *v.* PITCAIRN ET AL., RECEIVERS; and

No. 682. BELCHER *v.* LOUISVILLE & NASHVILLE RAILROAD Co. March 27, 1944. Petitions for writs of certiorari to the Supreme Court of Illinois granted. *Messrs. Roberts P. Elam* and *Mark D. Eagleton* for petitioners. *Messrs. Carleton S. Hadley, Geo. D. Burroughs,* and *Thos. Williamson* for respondents in No. 681; and *Mr. James A. Farmer* for respondent in No. 682.

No. 699. WALLING, ADMINISTRATOR, *v.* HELMERICH & PAYNE, INC. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted limited to the first question presented by the petition. *Solicitor General Fahy* and *Mr. Douglas B. Maggs* for petitioner.